Page not found (error 404)

 
 
 
 
 
 State Offices & Courts
 State A-Z Topics
 State Forms
 
 
   
 
 
 Skip to main content
 
 Resize textA A
 
 
 Translate this page to: 
 
 
   
 
 Translation Disabled
 
 
 
 
 
 
 The Official Website of the Massachusetts Judicial Branch
 
 Massachusetts Court System
 
 
 
 
 Input Search Query
 Select an Area to Search
 
 
 

 

 
 
 Main Menu 
 
 
 
 Court Information 

 Expand Court Information
 

 
 

 
 About Massachusetts Courts
 
 Courthouses
 
 Supreme Judicial Court
 
 Supreme Judicial Court


About the Supreme Judicial Court 
SJC Case Information 
Attorneys & Bar Applicants 
Education Resource Center 
Clerk's Office for the Commonwealth 
Clerk's Office for The County of Suffolk 
Reporter of Decisions 
Board of Bar Examiners 
 
 Appeals Court
 
 Appeals Court


About the Appeals Court 
Appeals Court Case Information 
Appeals Court Justices 
Appeals Court Clerk 
Appeals Court Help Center 
 
 Trial Court
 
 Trial Court


Executive Office of the Trial Court 
Boston Municipal Court Department 
District Court Department 
Housing Court Department 
Juvenile Court Department 
Land Court Department 
Probate & Family Court Department 
Superior Court Department 
 
 Office of Jury Commissioner
 
 Office of the Commissioner of Probation
 
 Commissions & Committees
 
 Court Management
 
 Court Management


Case Statistics & Court Metrics 
Policies & Reports 
Planning & Initiatives 
Record Retention 
 
 Courthouse Building Projects
 
 
 
 
 
 


 
 
 Self-Help Center 

 Expand Self-Help Center
 

 
 

 
 Abuse & Harassment
 
 Abuse & Harassment


Abuse Prevention Order vs. Harassment Prevention Order 
Abuse Prevention Orders: Information for Plaintiffs 
Abuse Prevention Orders: Information for Defendants 
Harassment Prevention Orders 
 
 Civil Appeals
 
 Consumer Protection (93A)
 
 Criminal Law
 
 Criminal Law


Understanding the Criminal Court Process 
Your Criminal Record 
 
 Families, Children & Divorce
 
 Families, Children & Divorce


Adoption 
Alimony 
Annulment 
Seeking an Initial Child Custody or Visitation Order 
Changing Your Child Custody or Visitation 
Child Support 
Changing Your Child Support 
Divorce 
Separate Support 
 
 Guardianship
 
 Guardianship


Guardians of Children and Other Non-Parent Caregivers 
Guardianship of Incapacitated Persons 
 
 Housing
 
 Name Changes
 
 Small Claims
 
 Traffic Tickets & Other Offenses
 
 
 
 
 
 


 
 
 Forms 

 Expand Forms
 

 
 


 
 
 Case & Legal Resources 

 Expand Case & Legal Resources
 

 
 

 
 Amicus Announcements
 
 Appellate Opinions
 
 Case Information
 
 Judicial & Clerks' Ethics Opinions
 
 Judicial & Clerks' Ethics Opinions


Ethics Opinions for Clerks of the Courts 
Judicial Ethics Committee and Opinions 
 
 Rules of Court
 
 Rules of Court


Appeals Court Rules & Standing Orders 
Rules of Appellate Procedure 
Rules of Civil Procedure 
Rules of Criminal Procedure 
Jury Commissioner Regulations 
SJC Rules and Orders 
 
 Massachusetts Guide to Evidence
 
 Guidelines
 
 Rules of Professional Conduct
 
 Rule Changes & Invitations to Comment
 
 Time Standards & Case Management
 
 
 
 
 
 


 
 
 Jury Information 

 Expand Jury Information
 

 
 

 
 Juror Courthouse Information
 
 Trial and Grand Jurors
 
 Trial & Grand Jurors


Trial Jurors 
Grand Jurors 
Federal Jurors 
Confidential Juror Questionnaire 
Confidential Financial Questionnaire 
 
 Delinquent Jurors
 
 Delinquent Jurors


Resolving Your Delinquency 
Failure to Appear Postcard 
Notice of Delinquency 
Application for Criminal Complaint 
Arraignment 
Warrant 
 
 Massachusetts Jury System
 
 Massachusetts Jury System


History of the Jury System in Massachusetts 
The Jury System Today 
Source and Summoning of Jurors 
About the Office of Jury Commissioner 
 
 Forms & Publications
 
 Forms & Publications


 

Trial Juror Handbook  
 

Trial Juror Instructions and Information Brochure  
Confidential Juror Questionnaire 
Confidential Financial Questionnaire 
G. L. Chapter 234A

 
OJC Regulations

 
OJC Brochures and Posters 
 
 OJC Videos
 
 FAQs
 
 Public Outreach Program
 
 Contact Us
 
 
 



 
 
 
 


 
 
 Programs 

 Expand Programs
 

 
 

 
 Alternative Sentencing
 
 Alternative Dispute Resolution & Mediation
 
 Educational Programs
 
 Interpreter Services
 
 Legal Assistance
 
 Parents & Children
 
 Pilot Programs
 
 Probation Programs
 
 Specialty Courts
 
 Tenancy Preservation Program
 
 
 
 
 
 


 
 
 News & Publications 

 Expand News & Publications
 

 
 

 
 Press Releases
 
 Press Releases


Press Releases 2013 
Press Releases 2012 
 
 Office of the Commissioner of Probation Press Releases
 
 Office of the Commissioner of Probation Press Releases


Probation Office Press Releases 2013 
Probation Office Press Releases 2012 
 
 Trial Court News & Updates
 
 
 
 
 
 


 
 
 Job Opportunities 

 Expand Job Opportunities
 

 
 

 
 Job Opportunities
 
 Job Opportunities


SJC Job Opportunities 
Trial Court and Appeals Court Job Postings 
Court Interpreter Positions 
SJC Law Clerk Applicants 
Appeals Court Law Clerk Applicants 
Internships 
Trial Court Application FAQ 
 
 
 
 
 
 
 

Breadcrumbs
 Massachusetts Court System
Page not found



 Page not found
 

 

 


 



 
 The page you were trying to view is no longer available at that web address on the Massachusetts Court System website or has been removed.
To find a topic, you can:
Choose from the topics on this page
Enter a search term in the search box
Select a topic in the navigation bar or one of its menus at the top of this page
 







 



 



 



 



 

 
 

 
Self Help Center Questions about alimony? Need information about small claims filings? Find your answers quickly in the Self-Help Center. 

 
Courthouse Locator Select a town or city and get a results page with all of the courthouses that serve the town. Each page provides what you need to find or contact the courthouse. 

 
Form Finder Use the Form Finder to lookup a form by category, keyword, or court. 
 
 




































 


Complementary Content


 Court Services

Respond to Jury Summons

 
Find a Courthouse
 
Find a Form
 
Look Up Court Fees
 
Search SJC & Appeals Court Dockets

 
Search SJC & Appeals Court Case Decisions

 
Search for Appellate Oral Argument Sittings

 
View SJC Oral Argument Webcasts

 
 
 
 



 
Ask a Law Librarian

 Get help finding legal resources 
 

Clerk's Office for Suffolk County

 

Clerk's Office for the Commonwealth

 

Reporter of Decisions

 
 
 
 
 
 © 2014 Commonwealth of Massachusetts. Mass.Gov® is a registered service mark of the Commonwealth of Massachusetts. 
 
 
 
Contact Us 
About Massachusetts Courts 
Site Policies 
 
 
 
 
 Escape key will cancel and close this dialog window.
 
 
 
 
 
 
 
 close this box
 
 Tool Name: Baynote, Inc. Recommendations
 The information below summarizes privacy policy terms related to content recommendations on Mass.Gov and is excerpted from the full Mass.gov privacy policy.
 Purpose: Displays relevant content recommendation based on the site usage pattern of all users of Mass.Gov. If Personalization is enabled (the default setting), your personal site usage pattern today and on prior visits to Mass.gov will be displayed to you and will also be a factor in determining personalized relevant recommendations for you. 
 Data Collected: A random anonymous unique identifier is assigned and tracked for each user of the website. This identifier is sent to our vendor, Baynote, when you view a page, open a document or click a link on Mass.Gov. Our vendor then analyzes the specific content that was viewed and provides content recommendations to similar content that you may find useful. A full description of what data Baynote collects and how it uses this data is available at http://www.baynote.com/baynote-services-privacy-policy/. Please note that the tool uses persistent cookies. These cookies will be Mass.gov domain cookies and not Baynote domain cookies. The cookies will store information related to a userâs Mass.gov Web site usage, including the URL and title of sites recently visited and the random anonymous unique identifier assigned to the user. In general, and as described in more detail in Baynoteâs service privacy policy linked to above, Baynote only uses the personalized information it gathers to provide recommendation services and display past usage for Mass.Gov users and will not share this information with any third parties, including advertisers. The information collected will not affect content you may see on sites unaffiliated with Mass.Gov. 
 Express Opt Out: If personalization of recommendations based on the content you view is not desired, or you do not wish to display a list of recently viewed Mass.gov pages, you may turn personalization off. You can do this by using either the switch located below in this privacy policy or an identical switch located directly above the content recommendations and recently viewed content boxes displayed on the Mass.gov site. Once you turn off personalization, your content recommendations will be based on the overall traffic patterns of all users of Mass.Gov and they will not specifically take into account your own personal usage patterns. If you turn off personalization, information collected by this Tool that is associated with your content usage will be deleted from your cookies, and no further information about your content usage will be sent to our vendor. 
 Disabling personalization will affect both content recommendations and recently viewed page links. If you turn off personalization, this âoffâ setting will persist as you browse Mass.Gov and during any future sessions. The opt-out setting is stored in a persistent cookie on your computer. The setting will remain in effect so long as you use the same computer with the same Internet browser. If you delete the cookie that contains the opt-out setting or use a different browser or computer, personalization will be enabled and you will need to disable it again on your next visit, if desired. 
 For our full privacy policy, please close this window and see the Site Policies or Privacy Policy link in the footer of the page.